**THE ESTLE LAW FIRM**

12520 High Bluff Drive, Suite 265

San Diego, California 92130

Telephone  (858)720-0890

Facsimile (858) 720-0092

Mark D. Estle (CA Bar No. 135004)
Attorney for Defendants DEBORAH BASS, LAW OFFICES OF DEBORAH BASS, APC, MARK D. ESTLE, THE ESTLE LAW FIRM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAMIAN ABRAHAM PETERS,<br>        Plaintiff,<br>v.<br><br>BANKUNITED, DEBRA BASS, LAW OFFICES OF DEBRA BASS, APC, MARK D. ESTLE, THE ESTLE LAW FIRM and DOES 1 through 10, Inclusive<br><br>        Defendant(s). | Case No. 3:11-cv-02216-CRB<br><br>ORDER GRANTING DEFENDANTS DEBORAH BASS, LAW OFFICES OF DEBORAH BASS, APC, MARK D. ESTLE, THE ESTLE LAW FIRM'S NOTICE OF REQUEST TO APPEAR TELEPHONICALLY AT DEFENDANTS DEBORAH BASS, LAW OFFICES OF DEBORAH BASS, APC, MARK D. ESTLE, THE ESTLE LAW FIRM'S MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION [FRCP 12(b)(1)], FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(b)(6)] AND FOR A MORE DEFINITE STATEMENT [FRCP 12(e)]<br><br>Date: July 8, 2011<br>Time: 10:00 am<br>Ctrm.: 6<br>Floor: 17th<br>Judge: Breyer |

The Motion to Dismiss Complaint filed by Defendants DEBORAH BASS, LAW OFFICES OF

1

1   DEBORAH BASS, APC, MARK D. ESTLE, THE ESTLE LAW FIRM came on regularly for

2   consideration before this Court, and the Court makes the following order:

3          IT IS ORDERED, ADJUDGED, AND DECREED that Defendants' Request to Appear

4   Telephonically is granted.

5

6   DATED: July 15, 2011

7                                                                    _____
                                                                    JUDGE OF THE U.S. DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                    2