WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Avi N. Phillips, Esq., SBN 275769
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
(949) 477-5050; Fax: (949) 477-9200

Attorneys for Defendant BANKUNITED, FSB

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN ABRAHAM PETERS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BANKUNITED, FSB, DEBRA BASS, LAW OFFICES OF DEBRA BASS, APC, MARK D. ESTLE, THE ESTLE LAW FIRM and DOES 1-10, Inclusive<br><br>　　　　Defendants. | Case No.: CV 11-02216 CRB<br><br>*[Assigned to the Hon. Charles R. Breyer]*<br><br>**ORDER GRANTING DEFENDANT BANKUNITED, FSB'S REQUEST TO APPEAR TELEPHONICALLY AT THE HEARING ON MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Hearing Date:<br>Date:　　　July 22, 2011<br>Time:　　　10:00 a.m.<br>Ctrm.:　　　6 |

　　　The Request to Appear Telephonically at the Hearing on Defendant BANKUNITED, FSB's ("Defendant") Motion to Dismiss Plaintiff's Complaint filed by Defendant came on regularly for consideration before this Court, and the Court makes the following order:

//

//

//

-1-

**ORDER GRANTING DEFENDANT BANKUNITED, FSB TO APPEAR TELEPHONICALLY AT MOTION TO DISMISS HEARING**

1    **IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Request to
2    Appear Telephonically is granted.

5    DATED:    July 19, 2011             _____
6                                         JUDGE OF THE U.S. DISTRICT COURT



-2-

**ORDER GRANTING DEFENDANT BANKUNITED, FSB TO APPEAR
TELEPHONICALLY AT MOTION TO DISMISS HEARING**