IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN ABRAHAM PETERS,<br><br>    Plaintiff,<br><br>  v.<br><br>BANKUNITED, FSB, DEBRA BASS, LAW OFFICES OF DEBRA BASS, APC, MARK D. ESTLE, THE ESTLE LAW FIRM and DOES 1-10, Inclusive,<br><br>    Defendants. | No. C 11-02216 CRB<br><br>**ORDER DISMISSING FOR FAILURE TO PROSECUTE** |

Defendants moved to dismiss Plaintiff's original Complaint, and this Court held a hearing on the motions on July 22, 2011. The Court sustained the motions to dismiss and allowed Plaintiff until August 22, 2011 to file an amended Complaint. On August 23, 2011, Plaintiff's counsel filed a Motion to Substitute Attorney, and concurrently filed an Ex Parte Motion for Extension of Time. On August 24, 2011 the Court granted Plaintiff until September 5, 2011 to file a First Amended Complaint. As of September 21, 2011, Plaintiff has not filed with the Court a First Amended Complaint.

///

///

///

///

It is now more than two weeks past Plaintiff's deadline.  Therefore, this case is hereby DISMISSED for failure to prosecute pursuant to Federal Rule 41(b).

**IT IS SO ORDERED.**

Dated: September 22, 2011

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE